| | |
|---|---|
| 1 | BENJAMIN B. WAGNER<br>United States Attorney |
| 2 | LAUREL J. MONTOYA<br>Assistant United States Attorney |
| 3 | 2500 Tulare Street, Suite 4401<br>Fresno, CA 93721 |
| 4 | Telephone: (559) 497-4000<br>Facsimile: (559) 497-4099 |
| 5 | |
| 6 | Attorneys for Plaintiff |

FILED

JUN 28 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>ELISA SANCHEZ,<br>  aka Elisa V. Iraizoz Sanchez, and<br>ADRIAN SANCHEZ,<br>  …..aka Adrian Sanchez Lara,<br><br>  Defendants, | CASE NO. 1:12-mj-00148-SKO<br><br>EX PARTE APPLICATION AND [PROPOSED] ORDER TO DISMISS COMPLAINT AND RECALL ARREST WARRANT |

The United States of America, by and through Benjamin B. Wagner, United States Attorney, and Laurel J. Montoya, Assistant United States Attorney, and moves this Honorable Court for an order dismissing the complaint without prejudice and recalling the arrest warrants in the above-referenced case.

DATED: June 28, 2012

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney,

By: /s/ Laurel J. Montoya
LAUREL J. MONTOYA
Assistant U.S. Attorney

Sanchez Motion to Dismiss Complaint

1

ORDER

IT IS HEREBY ORDERED that the complaint is hereby DISMISSED as to each defendant and the corresponding arrest warrants RECALLED.

DATE: June 28, 2012

_____
HON. SHIELA K. OBERTO
United States Magistrate Judge

Sanchez Motion to Dismiss Complaint